**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KARINA JUNIETH SALGADO RUIZ,**<br><br>*Petitioner*,<br><br>v.<br><br>**WARDEN, EL PASO SERVICE PROCESSING CENTER, MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, UNITED STATES ATTORNEY GENERAL, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-01120-LS** |

**ORDER FOR UPDATED STATUS**

The parties represented that Petitioner's appeal of her removal order was on appeal with the Board of Immigration Appeals. The parties shall advise whether Petitioner now has a final removal order, whether she remains in custody, and are ordered to amend their briefing accordingly to justify release or detention. If Petitioner now has a final removal order and the government seeks to remove Petitioner to an alternate third county, the government shall include in its response an explanation about what efforts it has taken in this regard along with Petitioner's cooperation or noncooperation with same. The parties' responses are due on or before **November 20, 2026**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 11, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**